

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00693-CR

Anthony L. **MALDONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6679
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we MODIFY the judgment of the trial court by VACATING the convictions for indecency with a child by contact under Count III and Count X. As modified, the judgment of the trial court is AFFIRMED.

SIGNED March 26, 2014.

_____
Rebeca C. Martinez, Justice